UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGENT INSURANCE CO., | ) |
| Plaintiff, | ) No. 4:14-CV-1759 RLW |
| v. | ) |
| INTEGRATED PAIN MANAGEMENT, S.C., ET AL., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Hartford's Motion to Vacate the December 11, 2015 Order Granting the Motion to Consolidate (ECF No. 37). For the reasons stated in the Court's Memorandum and Order (ECF No. 36), as well as in Defendant's Motion to Consolidate (ECF No. 35), the Court holds that consolidation is appropriate in this case and denies Hartford's Motion to Vacate.

Accordingly,

**IT IS HEREBY ORDERED** that Hartford's Motion to Vacate the December 11, 2015 Order Granting the Motion to Consolidate (ECF No. 37) is **DENIED**.

**IT IS FURTHER ORDERED** that Cincinnati's Motion to Extend Time to File Motions for Summary Judgment (ECF No. 40) is **GRANTED**. The parties shall follow the Case Management Order (ECF No. 34) in this action, which is the lower case number.

Dated this 10th day of February, 2016.

RONNIE L. WHITE
**UNITED STATES DISTRICT JUDGE**